B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>District of Delaware | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Natrol, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>Tax I.D. No. 95-356078 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>21411 Prarie St.<br>Chatsworth, CA<br>ZIP CODE 91311 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Los Angeles | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7       ☐ Chapter 15 Petition for<br>☐ Chapter 9           Recognition of a Foreign<br>☑ Chapter 11         Main Proceeding<br>☐ Chapter 12     ☐ Chapter 15 Petition for<br>☐ Chapter 13         Recognition of a Foreign<br>                              Nonmain Proceeding |
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**                                            THIS SPACE IS FOR COURT USE ONLY

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (04/13) Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Natrol, Inc., a Delaware corporation |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor:<br>Please see attached schedule 1 | Case Number:<br>TBD | Date Filed: |
|---|---|---|
| District:<br>District of Delaware | Relationship:<br>Affiliates | Judge:<br>Pending |

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)    (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Natrol, Inc., a Delaware corporation |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X  /s/ Michael R. Nestor<br>Signature of Attorney for Debtor(s)<br>Michael R. Nestor (Bar No. 3526)<br>Printed Name of Attorney for Debtor(s)<br>Young Conaway Stargatt & Taylor, LLP<br>Firm Name<br>1000 North King Street<br>Wilmington, DE 19801<br>Address<br>302-571-6600<br>Telephone Number<br>06/10/2014<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>Signature<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| Signature of Debtor (Corporation/Partnership) |
|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br>Mesrop G. Khoudagoulian<br>Printed Name of Authorized Individual<br>Secretary<br>Title of Authorized Individual<br>_____<br>Date |

B1 (Official Form 1) (04/13) — Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Natrol, Inc., a Delaware corporation |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>  Signature of Debtor<br><br>X _____<br>  Signature of Joint Debtor<br><br>  _____<br>  Telephone Number (if not represented by attorney)<br><br>  _____<br>  Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>  (Signature of Foreign Representative)<br><br>  _____<br>  (Printed Name of Foreign Representative)<br><br>  _____<br>  Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X _____<br>  Signature of Attorney for Debtor(s)<br>  **Michael R. Nestor (Bar No. 3526)**<br>  Printed Name of Attorney for Debtor(s)<br>  **Young Conaway Stargatt & Taylor, LLP**<br>  Firm Name<br><br>  **1000 North King Street**<br>  **Wilmington, DE 19801**<br>  Address<br>  **302-571-6600**<br>  Telephone Number<br><br>  _____<br>  Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>  Signature<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| Signature of Debtor (Corporation/Partnership) |
|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X  *[signature: Mesrop K.]*<br>  Signature of Authorized Individual<br>  **Mesrop G. Khoudagoulian**<br>  Printed Name of Authorized Individual<br>  **Secretary**<br>  Title of Authorized Individual<br>  **6/10/14**<br>  Date |

**Schedule 1 to Chapter 11 Petition**

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States bankruptcy Court for the District of Delaware (the "Court"). A motion has been filed or shortly will be filed with the Court requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered.

Natrol Holdings, Inc.

Natrol, Inc.

Natrol Direct, Inc.

Natrol Products, Inc.

Prolab Nutrition, Inc.

Medical Research Institute

Natrol Acquisition Corp.

# NATROL, INC.

## SECRETARY'S CERTIFICATE

### JUNE 6, 2014

I, Mesrop G. Khoudagoulian, certify that I am the Secretary of Natrol, Inc., a Delaware corporation (the "Corporation") and am authorized to execute this Certificate on behalf of the Corporation.

Solely in my capacity as Secretary, I certify that:

Attached hereto as Exhibit "1" is a true copy of the resolutions adopted by the Board of Directors of the Corporation at a meeting held, pursuant to proper notice, on June 6, 2014 and that such resolutions have not been altered, amended, or rescinded, and are still in full force and effect as at the date hereof.

IN WITNESS WHEREOF, I have hereunto set my hand this 6th day of June, 2014.

By: _____
Mesrop G. Khoudagoulian
Secretary

## EXHIBIT 1

## RESOLUTIONS OF
## THE BOARD OF DIRECTORS OF
## NATROL, INC.

### JUNE 6, 2014

WHEREAS, the members of the Board of Directors (the "Board") of Natrol, Inc., a Delaware corporation (the "Corporation"), acting in accordance with Section 141 of the Delaware General Corporation Law and Article II, Section 9 of the Bylaws of the Corporation, convened a meeting of the Board on the date noted above and pursuant to proper notice;

WHEREAS, the Board has considered the financial and operational aspects of the Corporation's business and the recommendations of the Corporation's professionals and advisors and have deemed it desirable and in the best interests of the Corporation, its creditors, stockholders, and other interested parties that a petition (the "Petition") be filed by the Corporation seeking relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"); and

WHEREAS, the Board has reviewed a copy of the Petition and discussed the same with the Corporation's professionals and advisors.

NOW, THEREFORE, BE IT RESOLVED, that the filing of the Petition seeking relief under chapter 11 of title 11 of the United States Code in the Bankruptcy Court is hereby approved;

RESOLVED FURTHER, that the individuals listed on Exhibit A (collectively, the "Authorized Officers") are hereby authorized and empowered on behalf of and in the name of the Corporation to execute, verify and cause to be filed the Petition, together with schedules of assets and liabilities, the statement of financial affairs and other ancillary documents required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure to be filed with the Petition, at such time as the Authorized Officers consider it appropriate;

RESOLVED FURTHER, that the Authorized Officers, acting alone or with one or more other Authorized Officers, shall be, and each hereby is, authorized and empowered on behalf of and in the name of the Corporation to execute, verify, and cause to be filed such requests for first-day relief from the Bankruptcy Court as the Authorized Officers may deem necessary, proper, or desirable in connection with the Petition, with a view to successful prosecution of the Corporation's chapter 11 case;

RESOLVED FURTHER, that the Authorized Officers shall be, and each hereby is, authorized and empowered on behalf of, and in the name of, the Corporation to retain and to employ Gibson, Dunn & Crutcher LLP, and such other attorneys, investment bankers, accountants, financial advisors, and other professionals to assist in the Corporation's chapter 11

case on such terms as are deemed necessary, proper, or desirable by the Authorized Officers;

RESOLVED FURTHER, that the Authorized Officers, and any employees or agents (including counsel) designated by or directed by the Authorized Officers, shall be, and each hereby is, authorized and empowered to cause the Corporation and such of its affiliates as management deems appropriate to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of such Authorized Officer shall be necessary, proper, and desirable to prosecute to a successful completion the Corporation's chapter 11 case, to effectuate the restructuring of the Corporation's debt, other obligations, organizational form and structure, and ownership of the Corporation and its subsidiaries consistent with the foregoing resolutions, and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions;

RESOLVED FURTHER, that any and all acts taken and any and all certificates, instruments, agreements, or other documents executed on behalf of the Corporation by the Authorized Officers of the Corporation prior to the adoption of the foregoing resolutions with regard to any of the transactions, actions, certificates, instruments, agreements, or other documents authorized or approved by the foregoing resolutions be, and they hereby are, ratified, confirmed, adopted, and approved;

RESOLVED FURTHER, that any specific resolutions that may be required to have been adopted by the Board to effectuate the matters and transactions contemplated by the foregoing resolutions be, and they hereby are, adopted, and the directors, officers, and authorized representatives of the Corporation be, and each of them acting along hereby is, authorized in the name and on behalf of the Corporation to certify as to the adoption of any and all such resolutions; and

RESOLVED FURTHER, that the Authorized Officers shall be, and each hereby is, authorized and empowered on behalf of the Corporation and in its name to take or cause to be taken all actions and to execute and deliver all such instruments that such Authorized Officer determines are necessary or desirable in connection with the foregoing resolutions.

*[Remainder of Page Intentionally Left Blank.]*

# EXHIBIT A

## AUTHORIZED OFFICERS

Chirag Patel
Mesrop G. Khoudagoulian
Devdutt Dhikle

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
:
In re:                              :    Chapter 11
:
NATROL, INC.,                       :    Case No. 14 - _____ (___)
:
Debtor.[1]                          :
:
---------------------------------------------------------x

## DEBTORS' LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS ON A CONSOLIDATED BASIS

Natrol, Inc. ("Natrol"), a Delaware corporation, and certain of its affiliates, each a debtor and debtor in possession in the above-captioned cases (collectively, the "Debtors"), filed voluntary petitions in this Court for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). This list of creditors holding the 30 largest unsecured claims (the "Consolidated List") against the Debtors, on a consolidated basis, has been prepared from the Debtors' books and records as of approximately June 10, 2014.

The Consolidated List is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure. The Consolidated List does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31) or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims on a consolidated basis. None of these creditors are minor children. The information contained herein shall neither constitute an admission of

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Natrol, Inc. (0780); Natrol Holding, Inc. (4614); Natrol Products, Inc. (7823); Natrol Direct, Inc. (5090); Natrol Acquisition Corp. (3765); Prolab Nutrition, Inc. (3283); and Medical Research Institute (2825). The Debtors' principal offices are located at 21411 Prairie Street, Chatsworth CA 91311.

liability by, nor is it binding on, the Debtors. The information herein, including the failure of the Debtors' to list any claim as contingent, unliquidated or disputed, does not constitute a waiver of the Debtors' right to contest the validity, priority or amount of any claim.

| | (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number, fax numbers and complete address including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contracts, etc.) | (4) Indicate if claim is contingent, Unliquidated, disputed or subject to set off | (5) Amount of Claim |
|---|---|---|---|---|---|
| 1. | American Express Company | | Trade Debt | | $875,601.12 |
| 2. | Novel Ingredient Services | 10 Henderson Drive<br>West Caldwell, NJ 07006<br>Richard Antonoff<br>Office: (973) 808-5900<br>Fax: (973) 808-5959 | Trade Debt | | $637,140.00 |
| 3. | E.T. Horn Company | 16050 Canary Avenue<br>La Mirada, CA 90637<br>Steve Schmidt – Account Mgr<br>Office: (800) 422-4675<br>Fax: (714) 670-6852 | Trade Debt | | $492,789.25 |
| 4. | Elk Designs Inc. | 12101 Dewey Street<br>Los Angeles, CA 90066<br>Brett Schafer – President<br>Office: (310) 391-6200<br>Fax: (310) 391-6222 | Trade Debt | | $446,954.73 |
| 5. | CBS Broadcasting Inc. | | Trade Debt | | $391,200.00 |
| 6. | Echo Global Logistics | 600 West Chicago Ave., Suite 725<br>Chicago, IL 60654<br>Bill Suwara – Corporate Sales<br>Office: (310) 921-7405<br>Fax (310) 921-7406 | Trade Debt | | $317,178.50 |
| 7. | VMI Nutrition | 391 South Orange St.<br>Salt Lake City, UT 84014<br>Jeff Reynolds – Owner<br>Office: (801) 954-0471<br>Fax: (801) 954-0472 | Trade Debt | | $302,728.79 |
| 8. | Glanbia Nutritionals Inc. | 2840 Loker Ave. East<br>Carlsbad, CA 92010<br>Sean Ross – Sales Mgr.<br>Office: (608) 469-0866<br>Fax: (608)-316-8504 | Trade Debt | | $292,669.68 |
| 9. | J&D Laboratories, Inc. | 2710 Progress Street<br>Vista, CA 92081<br>Kiran Majmuda – President<br>Office: (760) 734-6800 | Trade Debt | | $274,233.32 |

| | (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number, fax numbers and complete address including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contracts, etc.) | (4) Indicate if claim is contingent, Unliquidated, disputed or subject to set off | (5) Amount of Claim |
|---|---|---|---|---|---|
| | | Fax: (760) 734-6573 | | | |
| 10. | Charles Bowman & Co Inc. | 3328 John F. Donnelly Drive<br>Holland, MI 49424<br>Michelle Welcher – Sales Mgr.<br>Office: (616) 786-4000<br>Fax: (616) 786-2864 | Trade Debt | | $273,293.75 |
| 11. | Paradigm Packaging West | 141 West 5th Street<br>Saddle Brook, NJ 07663<br>Robert W. Donnahoo – President<br>Office: (201) 291-3885<br>Fax: (201) 291-3855 | Trade Debt | | $249,195.88 |
| 12. | Stauber Performance Ingre | 4120 N. Palm Street<br>Fullerton, CA 92835<br>Marcy Pollgreen – Account Executive<br>Office: (714) 441-3647<br>Fax: (714) 441-3909 | Trade Debt | | $234,266.90 |
| 13. | Knight Paper Box Company | 4651 W. 72nd St<br>Chicago, IL 60629<br>Bob Brannigan<br>Office: (773) 585-2035<br>Fax: (773) 585-3824 | Trade Debt | | $221,274.90 |
| 14. | Bioactive | 138 Sylvania Place<br>South Plainfield, NJ 07080<br>Divya Desai<br>Office: (908) 561-3114<br>Fax: (908) 561-3115 | Trade Debt | | $221,164.51 |
| 15. | Impress Print and Package | 15401 Carmenita Rd.<br>Santa Fe Springs, CA 90670<br>Sue Simon<br>Office: (562) 407-0444<br>Fax: (562) 407-0435 | Trade Debt | | $220,100.06 |
| 16. | Evonik Degussa Corporation | 3 Turner Place<br>PO Box 365<br>Piscataway, NJ<br>Andre Watson<br>(415) 310-5251 | Trade Debt | | $204,750.00 |
| 17. | Shanghai Freemen Americans LLC | 377 Hoes Ln, Ste 240<br>Piscataway, NJ 08854<br>Isaac Grzegorcyzyk<br>Office: (732) 981-1288<br>Fax: (732) 981-0302 | Trade Debt | | $193,400.00 |
| 18. | KDN-Vita International Inc. | 121 Stryker Lane, Units 4 & 6<br>Hillsborough, NH 08844<br>Robert Powell<br>Office: (908) 359-3502 | Trade Debt | | $175,550.00 |

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number, fax numbers and complete address including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contracts, etc.) | (4)<br>Indicate if claim is contingent, Unliquidated, disputed or subject to set off | (5)<br>Amount of Claim |
|---|---|---|---|---|
| | (Fax): 908) 359-7502 | | | |
| 19. Swiss Caps | 14193 S. W. 119 Avenue<br>Miami, FL 33186<br>Angela Bowman – Sr. Business Dev. Mgr.<br>Office: (336) 803-3055 | Trade Debt | | $159,849.43 |
| 20. Harmony Foods Corporation | 8595 Solution Center<br>Chicago, IL 60677<br>Doug Hopkinson – Executive VP Sales (Santa Cruz Nutritionals)<br>Office: (831) 457-3406<br>Fax: (831) 460-0610 | Trade Debt | | $129,936.88 |
| 21. Captek Softgel Intl, Inc. | 16218 Arthur Street<br>Cerritos, CA 90703<br>Lisa Clark – VP Business Dev.<br>Office: (562) 305-8905<br>Fax: (562) 309-6151 | Trade Debt | | $125,750.34 |
| 22. Blower Dempsay Corp. | 4042 West Garry Avenue<br>Santa Ana, CA 92704<br>Margaret Bailey<br>Office: (800) 927-7299<br>Fax: (714) 557-9469 | Trade Debt | | $124,966.65 |
| 23. Louis R. Miller | | Trade Debt | | $123,660.70 |
| 24. Adam Nutrition | 11010 Hopkins Street, Ste. B<br>Mira Loma, CA 91752<br>Brad Kashenberg – Dir. Sales<br>Office: (951) 749-4486<br>Fax: (951) 361-1121 | Trade Debt | | $115,057.00 |
| 25. BDO USA LLP | | Trade Debt | | $111,774.27 |
| 26. Aqualon Company | 56 Livingston Avenue, Suite 400<br>Roseland, NJ 07068<br>Gordon E. Miller, Manager, North America Credit<br>Office: (973) 533-5723<br>Fax (973) 533-5776 | Trade Debt | | $107,886.50 |
| 27. American Broadcasting Companies Inc. | | Trade Debt | | $100,800.00 |
| 28. Naturex, Inc. | 375 Huyler Street<br>South Hackensack, NJ 07606<br>Alexandra Thienpont – Sales Dir. | Trade Debt | | $89,615.00 |

4

| (1) Name of creditor and complete mailing address, including zip code | | (2) Name, telephone number, fax numbers and complete address including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contracts, etc.) | (4) Indicate if claim is contingent, Unliquidated, disputed or subject to set off | (5) Amount of Claim |
|---|---|---|---|---|---|
| | | Office: (714) 241-2460<br>Fax: (714) 263-0214 | | | |
| 29. | Shanks Extracts Inc. | 350 Richardson Drive<br>Lancaster, PA 17603<br>Richard Fischler – President<br>Office: (949) 705-6584<br>Fax: (949) 705-6595 | Trade Debt | | $87,596.64 |
| 30. | Mitsui & Co USA Inc. | 260 Park Avenue<br>New York, NY 10166<br>Seiichiro Tomita<br>Office: (212) 878-4000<br>Fax: (212) 878-4800 | Trade Debt | | $82,315.20 |

101747253.4

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
:
In re:                                    :    Chapter 11
:
NATROL, INC.,                             :    Case No. 14 - _____ (___)
:
Debtor.[1]                                :
:
------------------------------------------------------------x

## DECLARATION CONCERNING DEBTORS' LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS ON A CONSOLIDATED BASIS

I, Mesrop G. Khoudagoulian, Secretary of each of the above-captioned debtors in these case (the "Debtors"), declare under penalty of perjury that I have read the foregoing *Debtors' List of Creditors Holding 30 Largest Unsecured Claims on a Consolidated Basis* and that it is true and correct to the best of my information and belief.

Dated: June 10, 2014

_____
Mesrop G. Khoudagoulian
Secretary

101747283.2

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Natrol, Inc. (0780); Natrol Holdings, Inc. (4614); Natrol Products, Inc. (7823); Natrol Direct, Inc. (5090); Natrol Acquisition Corp. (3765); Prolab Nutrition, Inc. (3283); and Medical Research Institute (2825). The Debtors' principal offices are located at 21411 Prairie Street, Chatsworth CA 91311.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------x
                                                            :
In re:                                                      :   Chapter 11
                                                            :
NATROL, INC.,                                               :   Case No. 14 - _____ (___)
                                                            :
         Debtor.¹                                           :
                                                            :
------------------------------------------------------------x
```

### DEBTORS' CONSOILDATED LIST OF EQUITY SECURITY HOLDERS PURSUANT TO RULES 1007(a)(1), 1007(a)(3) AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to Rules 1007(a)(1), 1007(a)(3) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and debtors in possession (the "Debtors") submit the consolidated list of equity security holders representing the record holders as of approximately June _10_, 2014:

**Natrol, Inc.**

| Name | Address | Ownership |
|---|---|---|
| Natrol Holdings, Inc. | 21411 Prairie St. Chatsworth, CA 91311 | 100% |

**Natrol Holdings, Inc.**

| Name | Address | Ownership |
|---|---|---|
| Plethico Global Holdings B.V. Netherlands | Crystal Tower 24th Floor Orlyplein 10 | 25% |

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Natrol, Inc. (0780); Natrol Holdings, Inc. (4614); Natrol Products, Inc. (7823); Natrol Direct, Inc. (5090); Natrol Acquisition Corp. (3765); Prolab Nutrition, Inc. (3283); and Medical Research Institute (2825). The Debtors' principal offices are located at 21411 Prairie Street, Chatsworth CA 91311.

| Name | Address | Ownership |
|---|---|---|
| | 1043 DP Amsterdam | |
| Plethico US Holdings, Kft Hungary | 1146 Hemina UT 117 14th Floor Budapest Hungary | 75% |

**Natrol Products, Inc.**

| Name | Address | Ownership |
|---|---|---|
| Natrol, Inc. | 21411 Prairie St. Chatsworth, CA 91311 | 100% |

**Natrol Direct, Inc.**

| Name | Address | Ownership |
|---|---|---|
| Natrol, Inc. | 21411 Prairie St. Chatsworth, CA 91311 | 100% |

**Natrol Acquisition Corp.**

| Name | Address | Ownership |
|---|---|---|
| Natrol, Inc. | 21411 Prairie St. Chatsworth, CA 91311 | 100% |

**Prolab Nutrition, Inc.**

| Name | Address | Ownership |
|---|---|---|
| Natrol, Inc. | 21411 Prairie St. Chatsworth, CA 91311 | 100% |

**Medical Research Institute**

| Name | Address | Ownership |
|---|---|---|
| Natrol, Inc. | 21411 Prairie St. Chatsworth, CA 91311 | 100% |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                              : Chapter 11
                                                    :
NATROL, INC.,                                       : Case No. 14 - _____ (___)
                                                    :
           Debtor.[1]                               :
                                                    :
------------------------------------------------------------x

## DECLARATION CONCERNING DEBTORS' CONSOILDATED LIST OF EQUITY SECURITY HOLDERS PURSUANT TO RULES 1007(A)(1), 1007(A)(3) AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

I, Mesrop G. Khoudagoulian, Secretary of each of the above-captioned debtors in these case (the "Debtors"), declare under penalty of perjury that I have read the foregoing *Debtors' Consolidated List of Equity Security Holders Pursuant to Rules 1007 (a)(1), 1007 (a)(3) and 7007.1 of the Federal Rules of Bankruptcy Procedure* and that it is true and correct to the best of my information and belief.

Dated: June 10, 2014

_____
Mesrop G. Khoudagoulian
Secretary

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Natrol, Inc. (0780); Natrol Holdings, Inc. (4614); Natrol Products, Inc. (7823); Natrol Direct, Inc. (5090); Natrol Acquisition Corp. (3765); Prolab Nutrition, Inc. (3283); and Medical Research Institute (2825). The Debtors' principal offices are located at 21411 Prairie Street, Chatsworth CA 91311.

101747287.2

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
In re:                                : Chapter 11
:
NATROL, INC.,                         : Case No. 14 - _____ (___)
:
Debtor.[1]                            :
:
---------------------------------------------------------------x

### DEBTORS' CORPORATE OWNERSHIP STATEMENT PURSUANT TO RULES 1007(a)(1), 1007(a)(3) AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to Rules 1007(a)(1), 1007(a)(3) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and debtors in possession the ("Debtors"), hereby state as follows:

Plethico Global Holdings B.V. Netherlands, and Plethico US Holdings, Kft Hungary, each own twenty-five percent (25%) and seventy-five percent (75%), respectively, of the stock of Natrol Holdings, Inc., a Delaware corporation ("Holdings"). Holdings owns 100% of the stock of Natrol, Inc., a Delaware corporation, ("Natrol").

Natrol owns 100% of the stock of Natrol Products, Inc., a Delaware corporation ("Products"); Natrol Direct, Inc., a Delaware corporation ("Direct"); Natrol Acquisition Corp., a Delaware corporation ("Acquisition"); Prolab Nutrition, Inc., a Connecticut corporation ("Prolab"); and Medical Research Institute, a California corporation ("MRI").

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Natrol, Inc. (0780); Natrol Holdings, Inc. (4614); Natrol Products, Inc. (7823); Natrol Direct, Inc. (5090); Natrol Acquisition Corp. (3765); Prolab Nutrition, Inc. (3283); and Medical Research Institute (2825). The Debtors' principal offices are located at 21411 Prairie Street, Chatsworth CA 91311.

101748976.1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                  :    Chapter 11
                                        :
NATROL, INC.,                           :    Case No. 14 - _____ (___)
                                        :
        Debtor.[1]                      :
                                        :
---------------------------------------------------------------x

**DECLARATION CONCERNING DEBTORS' CONSOILDATED CORPORATE OWNERSHIP STATEMENT PURSUANT TO RULES 1007(a)(1), 1007(a)(3) AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

I, Mesrop G. Khoudagoulian, Secretary of each of the above-captioned debtors in these case (the "Debtors"), declare under penalty of perjury that I have read the foregoing *Debtors' Consolidated Corporate Ownership Statement Pursuant to Rules 1007 (a)(1), 1007 (a)(3) and 7007.1 of the Federal Rules of Bankruptcy Procedure* and that it is true and correct to the best of my information and belief.

Dated: June 10, 2014

_____
Mesrop G. Khoudagoulian
Secretary

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Natrol, Inc. (0780); Natrol Holdings, Inc. (4614); Natrol Products, Inc. (7823); Natrol Direct, Inc. (5090); Natrol Acquisition Corp. (3765); Prolab Nutrition, Inc. (3283); and Medical Research Institute (2825). The Debtors' principal offices are located at 21411 Prairie Street, Chatsworth CA 91311.

101747287.2