IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| NATROL, INC., *et al.*,[1] | ) ) | Case No. 14-11446 (BLS) |
| Debtors. | ) ) ) | Joint Administration Requested |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

**PLEASE TAKE NOTICE** that Cerberus Business Finance, LLC ("Cerberus"), solely in its capacity as Collateral Agent and Administrative Agent under the Financing Agreement dated March 5, 2013, as amended, a party in interest in the cases of the above-captioned debtors and debtors in possession, hereby appears by its counsel Klee, Tuchin, Bogdanoff & Stern LLP ("Klee Tuchin") and Pachulski Stang Ziehl & Jones LLP ("PSZJ"). Klee Tuchin and PSZJ hereby enter their appearances pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that the undersigned be added to the official mailing matrix and service lists in the above-captioned cases. Klee Tuchin and PSZJ request, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's taxpayer identification number are as follows: Natrol, Inc. (0780); Natrol Holdings, Inc. (4614); Natrol Products, Inc. (7823); Natrol Direct, Inc. (5090); Natrol Acquisition Corp. (3765); Prolab Nutrition, Inc. (3283); and Medical Research Institute (2825). The Debtors' principal offices are located at 21411 Prairie Street, Chatsworth, CA 91311.

proceeding, be given and served upon the Cerberus through service upon Klee Tuchin and PSZJ, at the addresses, telephone, and facsimile numbers set forth below:

| | |
|---|---|
| Michael L. Tuchin<br>David M. Stern<br>Robert J. Pfister<br>Colleen M. Keating<br>Klee, Tuchin, Bogdanoff & Stern LLP<br>1999 Avenue of the Stars<br>Thirty-Ninth Floor<br>Los Angeles, CA  90067-6049<br>Telephone: (310) 407-4000<br>Facsimile: (310) 407-9090<br>E-mail: mtuchin@ktbslaw.com<br>         dstern@ktbslaw.com<br>         rpfister@ktbslaw.com<br>         ckeating@ktbslaw.com | Laura Davis Jones<br>Timothy P. Cairns<br>Peter J. Keane<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>Wilmington, DE  19801<br>Telephone:  (302) 652-4100<br>Facsimile:  (302) 652-4400<br>E-mail:  ljones@pszjlaw.com<br>          tcairns@pszjlaw.com<br>          pkeane@pszjlaw.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these chapter 11 cases, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

| | |
|---|---|
| Dated: June 11, 2014 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | |
| | */s/ Laura Davis Jones* |
| | Laura Davis Jones (DE Bar No. 2436) |
| | Timothy P. Cairns (DE Bar No. 4228) |
| | Peter J. Keane (DE Bar No. 5503) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone:  (302) 652-4100 |
| | Facsimile:  (302) 652-4400 |
| | Email:  ljones@pszjlaw.com |
| |        tcairns@pszjlaw.com |
| |        pkeane@pszjlaw.com |
| | |
| | - and - |
| | |
| | **KLEE, TUCHIN, BOGDANOFF & STERN LLP** |
| | Michael L. Tuchin |
| | David M. Stern |
| | Robert J. Pfister |
| | Colleen M. Keating |
| | 1999 Avenue of the Stars |
| | Thirty-Ninth Floor |
| | Los Angeles, CA  90067-6049 |
| | Telephone: (310) 407-4000 |
| | Facsimile: (310) 407-9090 |
| | Email: mtuchin@ktbslaw.com |
| |       dstern@ktbslaw.com |
| |       rpfister@ktbslaw.com |
| |       ckeating@ktbslaw.com |
| | |
| | *Attorneys for Cerberus Business Finance, LLC, solely in its capacity as Collateral Agent and Administrative Agent under the Financing Agreement dated March 5, 2013, as amended* |