**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Natrol, Inc. | : | Case No. 14-11446 (BLS) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtor. | : | CREDITORS |

---------------------------------

       Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1.     **Novel Ingredient Services, LLC,** Attn: Bob Green, 10 Henderson Dr., West Caldwell, NJ 07006, Phone: 973-808-5900 x 201, Fax: 973-882-9666

2.     **Elk Designs, Inc.,** Attn: Brett Schafer, 12101 Dewey St., Los Angeles, CA 90066, Phone: 310-391-6200, Fax: 310-391-6222

3.     **Bioactive Resources, LLC,** Attn: Divya Desai, 138 Sylvania Pl., South Plainfield, NJ 07080, Phone: 908-561-3114, Fax: 908-561-3115

4.     **E.T. Horn Company**, Attn: Guy Nishida, 16050 Canary Ave., La Mirada, CA 90638, Phone: 714-523-8050 x 180, Fax: 714-735-5433

5.     **Troy Eisner**, c/o Jeffrey I. Carton, Denlea & Carton LLP, One North Broadway, Ste. 509, White Plains, NY 10601, Phone: 914-920-7400, Fax: 914-761-1900

                                            ROBERTA A. DEANGELIS
                                            United States Trustee, Region 3


                                            /s/ David L. Buchbinder for
                                            T. PATRICK TINKER
                                            ASSISTANT UNITED STATES TRUSTEE

DATED: June 19, 2014

Attorney assigned to this Case: David L. Buchbinder, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Maris J. Kandestin, Esquire, Phone: (302) 571-6600, Fax: (302) 571-1253