IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
: Chapter 11
In re: :
: Case No. 14-11446 (BLS)
NATROL, INC., *et al.*, :
: Jointly Administered
Debtors.[1] :
: Sale or Refinancing Objection Deadline:
:      Nov. 5, 2014 at 4:00 p.m. (ET)
: Bid Deadline: Nov. 6, 2014 at 5:00 p.m. (ET)
: Auction: Nov. 10, 2014 at 10:00 a.m. (ET)
: Sale or Refinancing Hearing Date: Nov. 12, 2014 at 10:30 a.m. (ET)
---------------------------------------------------------x

## NOTICE OF AUCTION AND HEARING TO CONSIDER A
## SALE OF CERTAIN ASSETS OR A REFINANCING TRANSACTION

**PLEASE TAKE NOTICE** that, on October 2, 2014, the above-captioned debtors and debtors in possession (each a "Debtor" and collectively, the "Debtors") filed their motion (as subsequently amended, the "Motion")[2] with the Court for entry of (a) an order (the "Bid Procedures Order"), (i) approving bid procedures (the "Bid Procedures") with respect to one or more sales (each a "Sale") of all or substantially all of the Debtors' assets (collectively, the "Assets") or a refinancing transaction sufficient to fully satisfy the "Allowed Claim" of Cerberus Business Finance, LLC or one of its affiliates ("Cerberus") in its capacity as administrative agent and collateral agent under the *Financing Agreement* dated as of March 5, 2013 (as amended) on or before the "Payment Deadline" (in each case, as defined and required by that certain *Compromise and Settlement Agreement* dated as of July 10, 2014, and approved by the United States Bankruptcy Court for the District of Delaware (the "Court") on July 30, 2014 [Docket No. 315] (the "Settlement Agreement")) (such a refinancing transaction, the "Refinancing," and together with the Sale, the "Transaction"); (ii) approving stalking horse protections; (iii) scheduling a hearing (the "Sale or Refinancing Hearing") on a Transaction and setting objection, bidding, and related deadlines with respect to Transaction; (iv) approving the form of notice of the Auction, Bid Procedures and Sale or Refinancing Hearing, substantially in the form annexed as Exhibit 2 to the Bid Procedures Order (the "Auction and Transaction Notice"), and the form and manner of notice of the assumption, assignment, and/or sale of executory contracts and unexpired leases and related cure amounts, if any, substantially in the form annexed as Exhibit 3 to the Bid Procedures Order (the "Cure Notice"); and (v) granting related relief; and (b) an order or orders, substantially in the form to be filed in advance of the Sale or Refinancing Hearing (collectively, the "Sale or Refinancing Order"), (i) authorizing the sale of the Assets free and clear of liens, claims encumbrances, and other

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Natrol, Inc. (0780); Natrol Holdings, Inc. (4614); Natrol Products, Inc. (7823); Natrol Direct, Inc. (5090); Natrol Acquisition Corp. (3765); Prolab Nutrition, Inc. (3283); and Medical Research Institute (2825). The Debtors' principal offices are located at 21411 Prairie Street, Chatsworth CA 91311.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

interests pursuant to the terms of the purchase agreement (the "Purchase Agreement") or the Refinancing; (ii) as applicable, authorizing and approving the Purchase Agreement or the Refinancing loan agreement; (iii) approving the assumption, assignment, and/or sale of executory contracts and unexpired leases, as necessary, in connection with the Transaction; (iv) providing for the indefeasible payment of net proceeds from the Sale or gross funds from the Refinancing to Cerberus to the extent necessary to fully satisfy the "Allowed Claim" on or before the "Payment Deadline" (in each case, as defined in and required by the Settlement Agreement); and (v) granting related relief.

**PLEASE TAKE FURTHER NOTICE** that the Debtors are seeking to sell the Assets to, or engage in a Refinancing with, the Successful Bidder(s). Approval of the Transaction with the Successful Bidder(s) may result in, among other things, the assumption, assignment, and/or sale by a Debtor of certain executory contracts or leases. If you are a party to an executory contract or lease with a Debtor, you will receive a separate notice that contains relevant dates and other information that may impact you as a party to an executory contract or lease.

**PLEASE TAKE FURTHER NOTICE** that, on October 23, 2014, the Court entered the Bid Procedures Order [Docket No. 622]. Pursuant to the Bid Procedures Order, the Auction shall take place on November 10, 2014 at 10:00 a.m. (prevailing Eastern Time) at the offices of Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801. Only a Qualified Bidder that has submitted a Qualified Bid no later than November 6, 2014 at 5:00 p.m. (prevailing Eastern Time) (the "Bid Deadline") may participate in the Auction. Any party that wishes to take part in this process and submit a bid for the Assets or to make a loan sufficient to consummate a Refinancing must submit their Qualified Bid prior to the Bid Deadline and in accordance with the Bid Procedures. Parties interested in receiving information regarding a Transaction should contact the Debtors c/o GLC Advisors & Co., LLC, 451 Jackson Street, 2nd Floor, San Francisco, California 94111 (Attn: Doug Lane, doug.lane@glca.com) and 805 Third Avenue, 20th Floor, New York, New York 10022 (Attn: Robert A. Baggio, robert.baggio@glca.com).

**PLEASE TAKE FURTHER NOTICE** that the Court also scheduled the Hearing to consider approval of a Transaction with the Successful Bidder(s), potentially including a Sale free and clear of all liens, claims, encumbrances, and interests before the Honorable Brendan L. Shannon, Chief United States Bankruptcy Judge, 824 North Market Street, 6th Fl., Courtroom No. 1, Wilmington, Delaware 19801 on **November 12, 2014 at 10:30 a.m. (prevailing Eastern Time)** (the "Sale or Refinancing Hearing"), or at such other time thereafter as counsel may be heard. The Hearing may be adjourned from time to time without further notice to creditors or parties in interest (other than Cerberus and the Committee) other than by announcement of the adjournment in open court on the date scheduled for the Hearing. In the event that the Debtors, after consultation with Cerberus and the Committee, determine to pursue a Refinancing in lieu of a Sale, the Debtors will file a motion, pursuant to section 364 of the Bankruptcy Code, prior to the Sale or Refinancing Hearing.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Sale, the Refinancing, or the relief requested in the Motion must: (a) be in writing; (b) comply with the Bankruptcy Rules and the Local Rules; (c) be filed with the Clerk of the Bankruptcy Court for the District of Delaware, Third Floor, 824 Market Street, Wilmington, Delaware 19801, on or before 4:00 p.m. (prevailing Eastern Time) on November 5, 2014 (the "Sale or Refinancing Objection Deadline"), or such later date and time as the Debtors may agree and (d) be served so as to be received on or before the

Sale or Refinancing Objection Deadline by (i) the Debtors, Natrol, Inc., 21411 Prairie Street, Chatsworth, California 91311, Attn: Jeffrey C. Perea; (ii) special transactional counsel to the Debtors, Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, CA 90071-1512, Attn: Robert A. Klyman, Esq.; (iii) bankruptcy counsel to the Debtors, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Michael R. Nestor, Esq.; (iv) the Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: David L. Buchbinder, Esq.; (v) counsel for Cerberus Business Finance, LLC, Klee, Tuchin, Bogdanoff & Stern LLP, 1999 Avenue of the Stars, 39th Floor, Los Angeles, California 90067-6049, Attn: Michael L. Tuchin, Esq., and Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, Delaware 19801, Attn: Laura Davis Jones, Esq.; and (vi) counsel to the Official Committee of Unsecured Creditors, Otterbourg P.C., 230 Park Avenue, New York, New York 10169, Attn: Scott L. Hazan, Esq. and Jenette A. Barrow-Bosshart, Esq., and Pepper Hamilton LLP, Hercules Plaza, Suite 5100, 1313 Market Street, P.O. Box 1709, Wilmington, Delaware 19899-1709, Attn: David M. Fournier, Esq.

**PLEASE TAKE FURTHER NOTICE** that this Auction and Transaction Notice is subject to the fuller terms and conditions of the Bid Procedures Order, the Bid Procedures, and the Motion, which shall control in that order in the event of any conflict, and the Debtors encourage parties in interest to review such documents in their entirety. Copies of the Motion, the Purchase Agreement, the Bid Procedures and the Bid Procedures Order may be obtained by written request to counsel to the Debtors at msmith@ycst.com. In addition, copies of the aforementioned pleadings may be found on the Bankruptcy Court's website, www.deb.uscourts.gov and are on file with the Clerk of the Bankruptcy Court, Third Floor, 824 Market Street, Wilmington, Delaware 19801, and may be obtained free of charge at http://dm.epiq11.com/natrol.

**PLEASE TAKE FURTHER NOTICE THAT THE FAILURE TO ABIDE BY THE PROCEDURES AND DEADLINES SET FORTH IN THE BID PROCEDURES ORDER AND THE BID PROCEDURES MAY RESULT IN THE FAILURE OF THE COURT TO CONSIDER A COMPETING BID OR AN OBJECTION TO THE SALE OR REFINANCING.**

Dated: October 24, 2014
Wilmington, Delaware  */s/ Maris J. Kandestin*
Michael R. Nestor (No. 3526)
Maris J. Kandestin (No. 5294)
Ian J. Bambrick (No. 5455)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

Robert A. Klyman (CA No. 142723)
Samuel A. Newman (CA No. 217042)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-1512
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

*Counsel to the Debtors and Debtors In Possession*