IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| NATROL, INC., *et al.*, | : | Case No. 14-11446 (BLS) |
| | : | |
| Debtors.¹ | : | (Jointly Administered) |
| | : | |
| | : | **Re: Docket Nos. 524, 553, 586, 610, and 622** |

---------------------------------------------------------------x

## NOTICE OF SELECTION OF STALKING HORSE BIDDER

PLEASE TAKE NOTICE that, on September 29, 2014, the above-captioned debtors and debtors in possession (the "Debtors") filed the **Motion of the Debtors for Orders (A)(I) Approving Sale Procedures; (II) Approving Stalking Horse Protections; (III) Scheduling a Hearing to Consider Sale of Certain Assets; (IV) Approving Form and Manner of Notice of Sale Procedures and Notice of Potential Assumption, Assignment, and/or Sale of Contracts and Leases; and (V) Granting Related Relief; and (B)(I) Authorizing the Sale of Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption, Assignment, and/or Sale of Certain Executory Contracts and Unexpired Leases Related Thereto; (IV) Providing for Indefeasible Payment of Sale Proceeds to Secured Lender; and (V) Granting Related Relief** (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that, on October 8, 2014, the Debtors filed a **Notice of Filing of Purchase Agreement** [Docket No. 553] with the Court (the "APA")

PLEASE TAKE FURTHER NOTICE that, on October 20, 2014, the Debtors filed a **Notice of Amendment of Bid Procedures and Sale Motion** [Docket No. 586], which amended the Motion.

PLEASE TAKE FURTHER NOTICE that, on October 23, 2014, the Court conducted a hearing with respect to approval of the bid procedures (the "Bid Procedures") set forth in the Motion, as amended, and on October 24, 2014, the Court entered the **Order (I) Approving Bid Procedures; (II) Approving Stalking Horse Protections; (III) Scheduling a Hearing to Consider a Sale of Certain Assets or a Refinancing Transaction; (IV) Approving Form and Manner of Notice of Bid Procedures and Notice of Potential Assumption, Assignment, and/or Sale of Contracts and Leases; and (V) Granting Related Relief** [Docket No. 622] (the "Bid Procedures Order").²

---

¹ The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows:  Natrol, Inc. (0780); Natrol Holdings, Inc. (4614); Natrol Products, Inc. (7823); Natrol Direct, Inc. (5090); Natrol Acquisition Corp. (3765); Prolab Nutrition, Inc. (3283); and Medical Research Institute (2825).  The Debtors' principal offices are located at 21411 Prairie Street, Chatsworth CA 91311.

² Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Bid Procedures or Bid Procedures Order, as applicable.

**PLEASE TAKE FURTHER NOTICE** that, after receiving several timely submissions, consistent with the Bid Procedures and the Bid Procedures Order, the Debtors, with the consent of Cerberus Business Finance, LLC ("Cerberus") and the Official Committee of Unsecured Creditors (the "Committee"), have selected ICV-N Acquisition, LLC as the stalking horse bidder (the "Stalking Horse Bidder"), pursuant to an asset purchase agreement executed by the Stalking Horse Bidder (the "Stalking Horse APA").  A copy of the Stalking Horse APA is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that an Auction with respect a Sale or Refinancing of substantially all of the Debtors' Assets will be held on November 10, 2014 at 10:00 a.m. (ET) at the offices of Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, or such later time and place as the Debtors may provide so long as such change is communicated reasonably in advance by the Debtors to all Qualified Bidders, Cerberus, the Committee, and other invitees.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bid Procedures Order, the deadline for Qualified Bidders to submit their bids is November 6, 2014 at 5:00 p.m. (ET).

**PLEASE TAKE FURTHER NOTICE** that, copies of the Bid Procedures, the Bid Procedures Order, and the Stalking Horse APA may be obtained by written request to counsel to the Debtors at msmith@ycst.com.  In addition, copies of the aforementioned pleadings may be found on the Court's website, www.deb.uscourts.gov and are on file with the Clerk of the Court, Third Floor, 824 Market Street, Wilmington, Delaware 19801, and may be obtained free of charge at http://dm.epiq11.com/natrol.

Dated:   November 3, 2014
         Wilmington, Delaware          /s/ Maris J. Kandestin
                                       Michael R. Nestor (No. 3526)
                                       Maris J. Kandestin (No. 5294)
                                       Ian J. Bambrick (No. 5455)
                                       YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                       Rodney Square
                                       1000 North King Street
                                       Wilmington, Delaware 19801
                                       Telephone: (302) 571-6600
                                       Facsimile: (302) 571-1253

                                                  -and-

                                       Robert A. Klyman (CA No. 142723)
                                       Samuel A. Newman (CA No. 217042)
                                       GIBSON, DUNN & CRUTCHER LLP
                                       333 South Grand Avenue
                                       Los Angeles, CA 90071-1512
                                       Telephone: (213) 229-7000
                                       Facsimile: (213) 229-7520

                                       *Counsel to the Debtors and Debtors In Possession*