IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
In re: : Chapter 11
: 
LEAF123, INC. (f/k/a NATROL, INC.), *et al.*, : Case No. 14-11446 (BLS)
: 
Debtors.[1] : (Jointly Administered)
: 
: **Re: Docket Nos. 148, 213, 255, 263, 306, & 487**
---------------------------------------------------------------x

**FOURTH SUPPLEMENTAL DECLARATION OF MICHAEL R. NESTOR
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014**

I, Michael R. Nestor, declare (the "Fourth Supplemental Declaration"), pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am a partner in the law firm of Young Conaway Stargatt & Taylor, LLP ("Young Conaway" or the "Firm"), Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, and am duly admitted to practice in the States of Delaware, Pennsylvania, and New York as well as before the United States District Court for the District of Delaware, the United States Court of Appeals for the Third Circuit, and the United States District Court for the Eastern District of Pennsylvania. I am familiar with the matters set forth herein and, if called as a witness, I could and would testify thereto.

2. On June 27, 2014, the Debtors[2] filed the *Debtors' Application for an Order, Pursuant to Section 327(a) of the Bankruptcy Code, Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Bankruptcy Co-Counsel to the*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Leaf123, Inc. (f/k/a Natrol, Inc.) (0780); Leaf123 Holdings, Inc. (f/k/a Natrol Holdings, Inc.) (4614); Leaf123 Products, Inc. (f/k/a Natrol Products, Inc.) (7823); Leaf123 Direct, Inc. (f/k/a Natrol Direct, Inc.) (5090); Leaf123 Acquisition Corp. (f/k/a Natrol Acquisition Corp.) (3765); Leaf123 Nutrition, Inc. (f/k/a Prolab Nutrition, Inc.) (3283); and Leaf123 Research Institute (f/k/a Medical Research Institute) (2825). The Debtors' principal offices are located at 21411 Prairie Street, Chatsworth CA 91311.

[2] Capitalized terms used, but not otherwise defined herein, have the meaning given to them in the Application.

*Debtors,* Nunc Pro Tunc *to the Petition Date* [Docket No. 148] (the "Application").  Attached thereto as Exhibit A was my declaration in support of the Application (the "Initial Declaration").

   3. On July 2, 2014, I filed a supplemental declaration [Docket No. 213] (the "Supplemental Declaration") that corrected the date the Firm received the Retainer.

   4. On July 16, 2014, the Application was granted and Young Conaway's employment was effective *nunc pro tunc* to June 11, 2014 [Docket No. 263].

   5. On July 28, 2014, I filed a second supplemental declaration (the "Second Supplemental Declaration") pursuant to Federal Rule of Bankruptcy Procedure 2014 [Docket No. 306].

   6. On September 18, 2014, I filed a third supplemental declaration (collectively with the Initial Declaration, the Supplemental Declaration, and the Second Supplemental Declaration, the "Declarations") pursuant to Federal Rule of Bankruptcy Procedure 2014 [Docket No. 487].

   7. I hereby incorporate by reference, in their entirety, the Declarations as if fully set forth herein.

   8. Since the filing of the Declarations, the Firm has continued to monitor any potential connections to parties-in-interest that may arise with respect to its representation of the Debtors.  It has come to my attention that Young Conaway previously represented the following parties, or their affiliates, which may be Interested Parties, in matters wholly unrelated to the Debtors or these chapter 11 cases:

- Aqualon Group,
- Ashland Holding Co., Inc.,
- Dun & Bradstreet Receivable Management Services, Inc., and
- Veneable LLP

01:16432298.3

9. In addition, the Firm and Sullivan & Cromwell LLP jointly represent the Official Committee of Unsecured Creditors in the case of *In re Dendreon Corporation*, Case No. 14-12515 (PJW), currently pending in this District.

10. The Firm will continue to periodically review its files during the pendency of these cases to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new relevant facts or relationships are discovered or arise, Young Conaway will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration as required by Bankruptcy Rule 2014(a).

11. Except as specifically disclosed in the Declarations and this Fourth Supplemental Declaration, to the best of my knowledge neither I, the Firm, nor any partner, counsel or associate thereof, insofar as I have been able to ascertain, has any connection with the above-captioned Debtors, their creditors, or any other parties in interest, or their respective attorneys and accountants, and the United States Trustee or any person employed in the office of the United States Trustee.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  December 19, 2014
        Wilmington, Delaware

Young Conaway Stargatt & Taylor, LLP

*/s/ Michael R. Nestor*
Michael R. Nestor
Partner

01:16432298.3