IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               :
In re:                                                         :    Chapter 11
                                                               :
LEAF123, INC. (f/k/a NATROL, INC.), *et al.*,                  :    Case No. 14-11446 (BLS)
                                                               :
        Debtors.[1]                                            :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON FEBRUARY 19, 2015 AT 11:30 A.M. (ET)**

**ADJOURNED/RESOLVED MATTERS**

1.  Debtors' First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 300, and Local Rule 3007-1 [D.I. 850, 1/14/15]

    Response Deadline:              January 28, 2015 at 4:00 p.m. (ET)

    Responses Received:             None.

    Related Documents:

        A.   Order Sustaining Debtors' First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 300, and Local Rule 3007-1  [D.I. 897, 2/6/15]

    Status:   An order has been entered.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows:  Leaf123, Inc. (f/k/a Natrol, Inc.) (0780); Leaf123 Holdings, Inc. (f/k/a Natrol Holdings, Inc.) (4614); Leaf123 Products, Inc. (f/k/a Natrol Products, Inc.) (7823); Leaf123 Direct, Inc. (f/k/a Natrol Direct, Inc.) (5090); Leaf123 Acquisition Corp. (f/k/a Natrol Acquisition Corp.) (3765); Leaf123 Nutrition, Inc. (f/k/a Prolab Nutrition, Inc.) (3283); and Leaf123 Research Institute (f/k/a Medical Research Institute) (2825).  The Debtors' principal offices are located at 21411 Prairie Street, Chatsworth CA 91311.

2. Third and Final Fee Application of GLC Advisors & Co., LLC as Investment Banker to Debtors-and-Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Third Application Period from November 1, 2014 through and including December 5, 2014 and the Final Period from July 9, 2014 through December 5, 2014 [D.I. 883, 1/27/15]

   Response Deadline:               February 16, 2015 at 4:00 p.m. (ET) [Extended for Plethico Pharmaceuticals Limited until February 23, 2015]

   Responses Received:

   A.   Informal Comments from the Office of the United States Trustee

   B.   Informal Comments from Plethico Pharmaceuticals Limited

   Related Documents:               None.

   Status:   This matter is adjourned by agreement of the parties until March 11, 2015 at 9:15 a.m. (ET).

**CONTESTED MATTER GOING FORWARD**

3. Debtors' Motion for an Order, Pursuant to Sections 105(a) and 363 of the Bankruptcy Code, Appointing Bradley E. Scher as an Independent Director of Each of the Debtors [D.I. 892, 2/5/15]

   Response Deadline:               February 13, 2015 at 4:00 p.m. (ET)

   Responses Received:

   A.   Informal comments from the Office of the United States Trustee

   Related Documents:

   B.   Order, Pursuant to Bankruptcy Rule 2002(a)(2) and Del. L.R. 9006-1(e), Shortening the Time for Notice of Debtors' Motion for an Order, Pursuant to Sections 105(a) and 363 of the Bankruptcy Code, Appointing Bradley E. Scher as an Independent Director of Each of the Debtors [D.I. 895, 2/6/15]

   Status:   The Debtors intend to file a certification of counsel as soon as permissible under the local rules, but prior to the hearing. No hearing is necessary unless the Court directs otherwise.

**FEE APPLICATIONS**

4.      Second Quarterly Fee Requests [See **Exhibit 1** attached hereto]

       Responses/Objections Received:        None.

       Related Documents:        None.

       Status:    This matter is going forward.

Dated:  February 17, 2015       */s/ Maris J. Kandestin*
       Wilmington, Delaware       Michael R. Nestor (No. 3526)
       Maris J. Kandestin (No. 5294)
       Ian J. Bambrick (No. 5455)
       YOUNG CONAWAY STARGATT & TAYLOR, LLP
       Rodney Square
       1000 North King Street
       Wilmington, Delaware 19801
       Telephone: (302) 571-6600
       Facsimile: (302) 571-1253

       *Counsel to the Debtors and Debtors in Possession*

# EXHIBIT 1

## INDEX OF SECOND INTERIM FEE APPLICATIONS AND FINAL APPLICATION OF GLC ADVISORS & CO., LLC

**Exhibit A    Young Conaway Stargatt & Taylor, LLP [D.I. 858, 1/14/15]**

1. Fourth Monthly Application of Young Conaway Stargatt & Taylor, LLP as Counsel for Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period from September 1, 2014 through and including September 30, 2014 [D.I. 589, 10/20/14]

2. Certificate of No Objection [D.I. 717, 11/13/14]

3. Fifth Monthly Application of Young Conaway Stargatt & Taylor, LLP as Counsel for Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period from October 1, 2014 through and including October 31, 2014 [D.I. 733, 12/5/14]

4. Certificate of No Objection [D.I. 836, 12/30/14]

5. Sixth Monthly Application of Young Conaway Stargatt & Taylor, LLP as Counsel for Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period from November 1, 2014 through and including November 30, 2014 [D.I. 822, 12/22/14]

6. Certificate of No Objection [D.I. 853, 1/14/15]

**Exhibit B    Winthrop Couchot Professional Corporation [D.I. 858, 1/14/15]**

1. Fourth Monthly Application of Winthrop Couchot Professional Corporation, as Counsel for Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period from September 1, 2014 through and including September 30, 2014 [D.I. 641, 10/30/14]

2. Certificate of No Objection [D.I. 743, 11/21/14]

3. Fifth Monthly Application of Winthrop Couchot Professional Corporation, as Counsel for Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period from October 1, 2014 through and including October 31, 2014 [D.I. 758, 11/26/14]

4. Certificate of No Objection [D.I. 816, 12/18/14]

5. Sixth Monthly Application of Winthrop Couchot Professional Corporation, as Counsel for Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period from November 1, 2014 through and including November 30, 2014 [D.I. 845, 1/8/15]

6. Certificate of No Objection [D.I. 888, 1/30/15]

**Exhibit C    Gibson, Dunn & Crutcher, LLP [D.I. 858, 1/14/15]**

1. Fourth Monthly Application of Gibson, Dunn & Crutcher LLP as Special Transactional Counsel for Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period from September 1, 2014 through and including September 30, 2014 [D.I. 582, 10/17/14]

2. Certificate of No Objection [D.I. 680, 11/10/14]

3. Fifth Monthly Application of Gibson, Dunn & Crutcher LLP as Special Transactional Counsel for Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period from October 1, 2014 through and including October 31, 2014 [D.I. 738, 11/20/14]

4. Certificate of No Objection [D.I. 793, 12/12/14]

5. Sixth Monthly Application of Gibson, Dunn & Crutcher LLP as Special Transactional Counsel for Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period from November 1, 2014 through and including November 30, 2014 [D.I. 823, 12/22/14]

6. Certificate of No Objection [D.I. 854, 1/14/15]

**Exhibit D   Miller Barondess, LLP [D.I. 858, 1/14/15]**

1. Fourth Monthly Application of Miller Barondess, LLP as Special Counsel for Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period from September 1, 2014 through and including September 30, 2014 [D.I. 633, 10/28/14]

2. Certificate of No Objection [D.I. 732, 11/19/14]

3. Fifth Monthly Application of Miller Barondess, LLP as Special Counsel for Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period from October 1, 2014 through and including October 31, 2014 [D.I. 750, 11/24/14]

4. Certificate of No Objection [D.I. 814, 12/17/14]

5. Sixth Monthly Application of Miller Barondess, LLP as Special Counsel for Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period from November 1, 2014 through and including November 30, 2014 [D.I. 824, 12/22/14]

6. Certificate of No Objection [D.I. 855, 1/14/15]

**Exhibit E     Sacher, Zelman, Hartman, Paul, Beiley & Sacher, P.A. [D.I. 858, 1/14/15]**

1. Fourth Monthly Application of Sacher, Zelman, Hartman, Paul, Beiley & Sacher, P.A. as Special Litigation Counsel for Debtor Natrol, Inc. for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period from September 1, 2014 through and including September 30, 2014 [D.I. 587, 10/20/14]

2. Certificate of No Objection [D.I. 716, 11/13/14]

3. Fifth Monthly Application of Sacher, Zelman, Hartman, Paul, Beiley & Sacher, P.A. as Special Litigation Counsel for Debtor Natrol, Inc. for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period from October 1, 2014 through and including October 31, 2014 [D.I. 736, 11/20/14]

4. Certificate of No Objection [D.I. 792, 12/12/14]

5. Sixth Monthly Application of Sacher, Zelman, Hartman, Paul, Beiley & Sacher, P.A. as Special Litigation Counsel for Debtor Natrol, Inc. for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period from November 1, 2014 through and including November 30, 2014 [D.I. 825, 12/22/14]

6. Certificate of No Objection [D.I. 856, 1/14/15]

**Exhibit F     Epiq Bankruptcy Solutions, LLC [D.I. 858, 1/14/15]**

1. Third Fee Application of Epiq Bankruptcy Solutions, LLC as Administrative Advisor to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2014 through October 31, 2014 [D.I. 712, 11/12/14]

2. Certificate of No Objection [D.I. 770, 12/4/14]

**Exhibit G    GLC Advisors & Co., LLC [D.I. 858, 1/14/15]**

1. Second Application of GLC Advisors & Co., LLC as Investment Banker to Debtors-and-Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from September 1, 2014 through and including October 31, 2014 [D.I. 739, 11/20/14]

2. Certificate of No Objection [D.I. 794, 12/12/14]

3. Third and Final Fee Application of GLC Advisors & Co., LLC as Investment Banker to Debtors-and-Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Third Application Period from November 1, 2014 through and including December 5, 2014 and the Final Period from July 9, 2014 through December 5, 2014 [D.I. 883, 1/17/15]

**Exhibit H    BDO USA, LLP [D.I. 858, 1/14/15] (Interim) and [D.I. 883, 1/17/15] (Final)**

1. Second Consolidated Monthly Fee Application of BDO USA, LLP, as Auditor for the Debtors for Compensation for Services Rendered and Reimbursement of Expenses for the Period September 1, 2014 through October 31, 2014 [D.I. 827, 12/23/14]

2. Certificate of No Objection [D.I. 857, 1/14/15]

**Exhibit I    Pepper Hamilton LLP [D.I. 859, 1/14/15]**

1. Second Monthly Application of Pepper Hamilton LLP as Delaware Counsel to the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period From August 1, 2014 Through and October 31, 2014 [D.I. 734, 11/20/14]

2. Certificate of No Objection [D.I. 797, 12/12/14]

**Exhibit J    Otterbourg P.C. [D.I. 860, 1/15/15]**

1. Fourth Monthly Application of Otterbourg P.C. for Allowance of Compensation and Reimbursement of Expenses as Lead Co-Counsel for the Official Committee of Unsecured Creditors for the Interim Period From September 1, 2014 Through and Including September 30, 2014 [D.I. 618, 10/23/14]

2. Certificate of No Objection [D.I. 722, 11/14/14]

3. Fifth Monthly Application of Otterbourg P.C. for Allowance of Compensation and Reimbursement of Expenses as Lead Co-Counsel for the Official Committee of Unsecured Creditors for the Interim Period From October 1, 2014 Through and Including October 31, 2014 [D.I. 742, 11/21/14]

4. Certificate of No Objection [D.I. 803, 12/15/14]

5.    Sixth Monthly Application of Otterbourg P.C. for Allowance of Compensation and Reimbursement of Expenses as Lead Co-Counsel for the Official Committee of Unsecured Creditors for the Interim Period From November 1, 2014 Through and Including November 30, 2014 [D.I. 842, 1/6/15]

6.    Certificate of No Objection [D.I. 885, 1/28/15]

7.    Certificate of No Objection [D.I. 900, 2/6/15]

**Exhibit K     Carl Marks Advisory Group LLC [D.I. 863, 1/15/15]**

1.    Second Monthly Application of Carl Marks Advisory Group, LLC for Allowance of Compensation and Reimbursement of Expenses as Financial Advisors for the Official Committee of Unsecured Creditors for the Interim Period From September 1, 2014 Through and Including November 30, 2014 [D.I. 862, 1/15/15]

2.    Certificate of No Objection [D.I. 906, 2/10/15]