**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
:
In re: : Chapter 11
:
LEAF123, INC. (f/k/a NATROL, INC.), *et al.*, : Case No. 14-11446 (BLS)
:
Debtors.[1] : (Jointly Administered)
:
: **Hearing Date: March 11, 2015, at 9:15 a.m. (ET)**
: **Objection Deadline: February 20, 2015, at 4:00 p.m. (ET)**
:
: **Re: Docket No. 896**
---------------------------------------------------------------x

### NOTICE OF HEARING ON MOTION

TO:  (I) THE OFFICE OF THE UNITED STATES TRUSTEE; (II) COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; (III) COUNSEL TO PLETHICO PHARMACEUTICALS LTD.; AND (IV) ANY PARTY REQUESTING NOTICE PURSUANT TO BANKRUPTCY RULE 2002

      **PLEASE TAKE NOTICE** that, on February 6, 2015, Leaf123, Inc. (f/k/a Natrol, Inc.) and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") filed the **Debtors' Second Motion for Entry of an Order, Pursuant to 1121(d) of the Bankruptcy Code, Further Extending the Exclusive Periods for the Filing of a Chapter 11 Plan and Solicitation of Acceptances Thereof** [D.I. 896] (the "Motion"). You were previously served with the Motion.

      **PLEASE TAKE FURTHER NOTICE** that, at the time the Motion was filed, a hearing on the Motion had not yet been scheduled.

      **PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD ON **MARCH 11, 2015, AT 9:15 A.M. (ET)** BEFORE THE HONORABLE BRENDAN LINEHAN SHANNON, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6th FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Leaf123, Inc. (f/k/a Natrol, Inc.) (0780); Leaf123 Holdings, Inc. (f/k/a Natrol Holdings, Inc.) (4614); Leaf123 Products, Inc. (f/k/a Natrol Products, Inc.) (7823); Leaf123 Direct, Inc. (f/k/a Natrol Direct, Inc.) (5090); Leaf123 Acquisition Corp. (f/k/a Natrol Acquisition Corp.) (3765); Leaf123 Nutrition, Inc. (f/k/a Prolab Nutrition, Inc.) (3283); and Leaf123 Research Institute (f/k/a Medical Research Institute) (2825). The Debtors' principal offices are located at 21411 Prairie Street, Chatsworth CA 91311.

**PLEASE TAKE FURTHER NOTICE** THAT, IF YOU FAIL TO RESPOND TO THE MOTION BY THE OBJECTION DEADLINE SET FORTH ABOVE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.

Dated:  February 18, 2015
        Wilmington, Delaware

*/s/ Ian J. Bambrick*
Michael R. Nestor (No. 3526)
Maris J. Kandestin (No. 5294)
Ian J. Bambrick (No. 5455)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel to the Debtors and Debtors in Possession*