IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                                      :   Chapter 11
                                                            :
LEAF123, INC. (f/k/a NATROL, INC.), *et al.*,               :   Case No. 14-11446 (BLS)
                                                            :
          Debtors.[1]                                       :   (Jointly Administered)
                                                            :
------------------------------------------------------------x   Ref. Docket No. 1014

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned chapter 11 cases.

2. On March 27, 2015, I caused to be served the "Notice of Amended Agenda of Matters Scheduled for Hearing on March 30, 2015 at 10:00 A.M. (ET)," dated March 27, 2015 [Docket No. 1014], by causing true and correct copies to be:

   a) enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

   b) delivered via electronic mail to those parties listed on the annexed Exhibit B, and

   c) delivered via facsimile to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION of ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Carol Zhang
Carol Zhang

Sworn to before me this
30th day of March, 2015

/s/ Notary Public
Notary Public

ELLI KREMPA
Notary Public, State of New York
No. 01KR6175___
Qualified in Suffolk County
Commission Expires October 22, 2015

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Leaf123, Inc. (f/k/a Natrol, Inc.) (0780); Leaf123 Holdings, Inc. (f/k/a Natrol Holdings, Inc.) (4614); Leaf123 Products, Inc. (f/k/a Natrol Products, Inc.) (7823); Leaf123 Direct, Inc. (f/k/a Natrol Direct, Inc.) (5090); Leaf123 Acquisition Corp. (f/k/a Natrol Acquisition Corp.) (3765); Leaf123 Nutrition, Inc. (f/k/a Prolab Nutrition, Inc.) (3283); and Leaf123 Research Institute (f/k/a Medical Research Institute) (2825). The Debtors' principal offices are located at 21411 Prairie Street, Chatsworth CA 91311.

T:\CLIENTS\NATROL\AFFIDAVITS\AMENDED AGENDA HRG MARCH 30, 2015_DI 1014_AFF_3-27-15_SS.DOCX

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| BIOACTIVE | ATTN: DIVYA DESAI 138 SYLVANIA PLACE SOUTH PLAINFIELD NJ 07080 |
| CERBERUS BUSINESS FINANCE, LLC | DANIEL E. WOLF 875 THIRD AVENUE NEW YORK NY 10022 |
| DELAWARE DIVISION OF REVENUE/BANKRUPTCY SERVICE | BANKRUPTCY ADMINISTRATOR CARVEL STATE OFFICE BUILDING, 8TH FLOOR WILMINGTON DE 19801 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD., SUITE 100 ATTN: OFFICER, MANAGING AGENT OR GENERAL AGENT DOVER DE 19904 |
| DEPARTMENT OF JUSTICE U. S. ATTORNEY GENERAL | COMMERCIAL LITIGATION BRANCH 950 PENNSYLVANIA AVENUE, N.W. WASHINGTON DC 20530-0001 |
| E.T. HORN COMPANY | ATTN: STEVE SCHMIDT & GUY NISHIDA 16050 CANARY AVENUE LA MIRADA CA 90638 |
| EDWARD A. BYRD | 188 MINA STREET, APT 32D SAN FRANCISCO CA 94105 |
| IBM CREDIT LLC | ATTN: PAUL WEARING SPECIAL HANDLING GROUP - MD NC317 6303 BARFIELD ROAD ATLANTA GA 30328 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| PLETHICO US HOLDINGS KFT | SABNAM HOUSE, GROUND FLOOR, PLOT NO.A-15/16, CENTRAL CROSS ROAD-B BEHIND MIDC POLICE STATION MIDC, ANDHERI (EAST), MUM 400093 INDIA |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX P.O. BOX 898 DOVER DE 19903 |
| SECURITIES & EXCHANGE COMMISSION | DANIEL HAWKE, REGIONAL DIRECTOR 1617 JOHN F KENNEDY BLVD, SUITE 520 PHILADELPHIA PA 19103-1805 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F STREET, NE WASHINGTON DC 20549 |
| SECURITIES AND EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE 3 WORLD FINANCIAL CENTER, SUITE 400 NEW YORK NY 10281-1022 |
| TROY EISNER | C/O JEFFREY I. CARTON DENLEA & CARTON LLP 2 WESTCHESTER PARK DRIVE 410 WHITE PLAINS NY 10604 |

**Total Creditor count  15**

# EXHIBIT B

**LEAF123, INC. (f/k/a NATROL, INC.),**
E-MAIL SERVICE LIST

alexis@consumersadvocates.com
bmccallen@willkie.com
carlson@millercanfield.com
ckeating@ktbslaw.com
claims@recoverycorp.com
daniel.brogan@dlapiper.com
daniel.kimbell@kb-ip.com
daobrien@venable.com
diane.stanfield@alston.com
dkhogan@dkhogan.com
dklauder@oeblegal.com
dstern@ktbslaw.com
eric.bjorgum@kb-ip.com
fournierd@pepperlaw.com
gfmcdaniel@dkhogan.com
gregg.galardi@dlapiper.com
jbarrow@otterbourg.com
jledmonson@venable.com
kbifferato@connollygallagher.com
klaw@bbslaw.com
leonhardt@teamrosner.com
ljones@pszjlaw.com
marc.karish@kb-ip.com
mark@sadovnickpartners.com
mcademartori@sheppardmullin.com
mjdube@ca.ibm.com
msargiropoulos@ktbslaw.com
mtuchin@ktbslaw.com
pkeane@pszjlaw.com
rbrunette@sheppardmullin.com
rclifford@blakeleyllp.com
rcreighton@farrellfritz.com
reisenbach@cooley.com
rjvv@holland-law.com
ron@consumersadvocates.com
ronald.rowland@rms-iqor.com
rpfister@ktbslaw.com
rspigel@willkie.com
rwjackson@vorys.com
sgerald@wtplaw.com
shazan@otterbourg.com
silberglied@rlf.com
skortanek@wcsr.com
skye@consumersadvocates.com
spinner@millercanfield.com
srudolph@pipingrock.com
tcairns@pszjlaw.com
tfrancella@wtplaw.com
thoran@wcsr.com
torkinm@sullcrom.com
zylberbergd@sullcrom.com

**EXHIBIT C**

**LEAF123, INC. (f/k/a NATROL, INC.),**
FAX SERVICE LIST

| Name | Contact | Fax |
|---|---|---|
| UNITED STATES DEPT. OF JUSTICE | ASSISTANT UNITED STATES ATTORNEY | 302-573-6431 |
| MISSOURI DEPARTMENT OF REVENUE | SHERYL L. MOREAU | 573-751-7232 |
| THE HOGAN FIRM | GARVAN F. MCDANIEL, ESQUIRE | 302-656-7599 |
| CYPRESS SYSTEMS, INC. | C/O ADRIAN S. WILLIAMS, #52065 | 559-228-1700 |
| CERBERUS CALIFORNIA, LLC | KEVIN CROSS AND STEWART TANNER | 310-826-9203 |
| OFFICE OF THE UNITED STATES TRUSTEE | | 302-573-6497 |
| WINTHROP COUCHOT, PC | ROBERT OPERA, MARC. WINTHROP & PETER LIANIDES | 949-720-4111 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MICHAEL NESTOR, MARIS KANDESTIN & IAN BAMBRICK | 302-571-1253 |
| NOVEL INGREDIENT SERVICES | ATTN: RICHARD ANTONOFF & BOB GREEN | 973-808-5959 |
| NOVEL INGREDIENT SERVICES | ATTN: RICHARD ANTONOFF & BOB GREEN | 973-882-9666 |
| ELK DESIGNS INC. | ATTN: BRETT SCHAFER | 310-391-6222 |