**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
-----------------------------------------------------------x
                                            :
In re:                                      :   Chapter 11
                                            :
LEAF123, INC. (f/k/a NATROL, INC.), et al., :   Case No. 14-11446 (BLS)
                                            :
        Debtors.¹                           :   (Jointly Administered)
                                            :
-----------------------------------------------------------x
```

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 2, 2015 AT 10:00 A.M. (ET)**

**CONTESTED MATTER GOING FORWARD**

1.   Debtors' Motion for an Order (I) Approving the Disclosure Statement and Notice Thereof; (II) Fixing the Voting Record Date;(III) Scheduling the Plan Confirmation Hearing, Approving the Form and Manner of Related Notice, and Setting Objection Procedures; (IV) Approving Solicitation Packages and Procedures for the Distribution Thereof; (V) Approving the Form of Ballot; (VI) Approving the Form and Manner of Notices to Non-Voting Plan Classes; and (VII) Fixing the Voting Deadline and Approving Vote Tabulation Procedures [D.I. 922, 2/18/15]

| Response Deadline: | March 18, 2015 at 4:00 p.m. (ET) [Extended until March 23, 2015 for Jessica Augustine, on behalf of herself, all others similarly situated, VRS Chatsworth, the Office of the United States Trustee, Michael Psomas and the Official Committee of Unsecured Creditors] |
|---|---|

Responses Received:

   A.   Informal response of the Office of the United States Trustee

   B.   Informal comments from the Official Committee of Unsecured Creditors

   C.   Informal comments from VRS Chatsworth

---

¹   The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows:  Leaf123, Inc. (f/k/a Natrol, Inc.) (0780); Leaf123 Holdings, Inc. (f/k/a Natrol Holdings, Inc.) (4614); Leaf123 Products, Inc. (f/k/a Natrol Products, Inc.) (7823); Leaf123 Direct, Inc. (f/k/a Natrol Direct, Inc.) (5090); Leaf123 Acquisition Corp. (f/k/a Natrol Acquisition Corp.) (3765); Leaf123 Nutrition, Inc. (f/k/a Prolab Nutrition, Inc.) (3283); and Leaf123 Research Institute (f/k/a Medical Research Institute) (2825).  The Debtors' principal offices are located at 21411 Prairie Street, Chatsworth CA 91311.

2

   D.    Informal comments from GLC Advisors & Co., LLC

   E.    Objection of Nature's Products, Inc. [D.I. 985, 3/19/15]

Related Documents:

   F.    Joint Liquidating Plan of Leaf 123, Inc. (f/k/a Natrol, Inc.), and Its Affiliated
         Debtors [D.I. 920, 2/18/15]

   G.    Disclosure Statement for Joint Liquidating Plan of Leaf 123, Inc. (f/k/a Natrol,
         Inc.), and Its Affiliated Debtors [D.I. 921, 2/18/15]

   H.    Notice of Hearing to Consider the Adequacy of Disclosure Statement [D.I.
         923, 2/18/15]

   I.     First Amended Joint Liquidating Plan of Leaf123, Inc. (f/k/a Natrol, Inc.), and
         Its Affiliated Debtors [Docket No. 993, 3/20/15]

   J.     Disclosure Statement for First Amended Joint Liquidating Plan of Leaf123,
         Inc. (f/k/a Natrol, Inc.), and Its Affiliated Debtors [Docket No. 994, 3/20/15]

   K.    Notice of Filing of Blacklines of Proposed Forms of (I) First Amended Joint
         Liquidating Plan of Leaf123, Inc. (f/k/a Natrol, Inc.), and Its Affiliated
         Debtors; (II) Disclosure Statement for First Amended Joint Liquidating Plan of
         Leaf123, Inc. (f/k/a Natrol, Inc.), and Its Affiliated Debtors; and
         (III) Committee Administration Guidelines [D.I. 995, 3/20/15]

   L.    Debtors' Reply to Nature's Products Objection to the Disclosure Statement
         Motion [D.I. 1005, 3/25/15]

   M.    Notice of Filing of Revised Proposed Order Approving the Disclosure
         Statement [D.I. 1008, 3/25/15]

   N.    Notice of Filing Exhibit 6 to Disclosure Statement [D.I. 1009, 3/25/15]

Status:   Items A, B and C have been resolved.  It is anticipated that Item D will be
          resolved prior to the hearing.  Item E is going forward at the hearing.

01:16881723.1

Dated:  March 31, 2015
         Wilmington, Delaware

*/s/ Maris J. Kandestin*
Michael R. Nestor (No. 3526)
Maris J. Kandestin (No. 5294)
Ian J. Bambrick (No. 5455)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel to the Debtors and Debtors in Possession*

01:16881723.1