# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LEAF123, INC. (f/k/a NATROL, INC.), *et al.*, | Case No. 14-11446 (BLS) |
| Debtor. | (Jointly Administered) |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. § 158(a), Rule 8003 of the Federal Rules of Bankruptcy Procedure, and Rule 8003-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, Citibank, N.A., London Branch (the "Indenture Trustee"), as trustee under that certain Trust Deed dated October 22, 2007 by and between the Indenture Trustee and Plethico Pharmaceuticals Limited, by and through its undersigned counsel, hereby appeals to the United States District Court for the District of Delaware from this Court's bench ruling (the "Bench Ruling") denying the Indenture Trustee limited standing to object to confirmation of the *First Amended Joint Liquidating Plan of Leaf123, Inc. (f/k/a/ Natrol, Inc.) and its Affiliated Debtors* [ECF No. 1031] (as further modified, revised, or amended) and to propound limited discovery related thereto, as set forth on the record at the Court's May 8, 2015 hearing in the above-captioned cases (the "Hearing"). A copy of the Hearing transcript is attached hereto as Exhibit A.[1]

**PLEASE TAKE FURTHER NOTICE** that the names of all parties to the Bench Ruling from which the Indenture Trustee appeals and the names, addresses and telephone numbers of their respective attorneys are as follows:

---

[1] The Court's Bench Ruling begins on page 63 of the Hearing transcript.

{00985077;v1}  1

Michael R. Nestor
Maris J. Kandestin
Ian J. Bambrick
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel to the Debtors and Debtors in Possession*


Karen B. Skomorucha Owens
Aaron H. Stulman
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899-1150
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

-and-

Arik Preis
Rachel Ehrlich Albanese
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
Tel: (212) 872-1000
Fax: (212) 872-1002

*Counsel to Citibank, N.A., London Branch, as Indenture Trustee*

Robert J. Stearn, Jr.
John H. Knight
Robert C. Maddox
Marisa A. Terranova
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

*Counsel to Natrol LLC*


David M. Fournier
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, Delaware 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390

-and-

Scott L. Hazan
Jenette A. Barrow-Bosshart
Otterbourg P.C.
230 Park Avenue
New York, New York 10169-0075
Telephone: (212) 661-9100
Facsimile: (212) 882-6104

*Counsel for the Official Committee of Unsecured Creditors*

*[Signature Page to Follow]*

Dated: May 14, 2015
Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

*/s/ Karen B. Skomorucha Owens*
Karen B. Skomorucha Owens (#4759)
Aaron H. Stulman (#5807)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899-1150
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
kowens@ashby-geddes.com
astulman@ashby-geddes.com

-and-

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Arik Preis (admitted *pro hac vice*)
Rachel Ehrlich Albanese
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
apreis@akingump.com
ralbanese@akingump.com

*Counsel to Citibank, N.A., London Branch, as Indenture Trustee*