UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

# APPEAL TRANSMITTAL SHEET

Case Number: 14-11446-BLS    BK ● AP ○

If AP, related BK case number:

Title of Order Appealed: Transcript regarding Hearing Held 5/8/2015 RE: Confirmation.

Docket #: 1173     Date Entered: 5/11/2015

Item Transmitted:

| | Item | Docket # | Date Filed |
|---|---|---|---|
| ✓ | Notice of Appeal | 1186 | 5/14/2015 |
| ☐ | Amended Notice of Appeal | | |
| ☐ | Cross Appeal | | |
| ☐ | Motion for Leave to Appeal | | |
| ☐ | Record on Appeal | | |

**Appellant/Cross Appellant:**

Citibank, N.A., London Branch, as Indenture Trustee

**Appellee/Cross Appellee**

Leaf123, Inc. (f/k/a Natrol, Inc.)

**Counsel for Appellant/Cross Appellant:**

Karen B. Skomorucha Owens
Aaron H. Stulman
Ashby & Geddes, P.A.

**Counsel for Appellee/Cross Appellee:**

Michael R. Nestor
Maris J. Kandestin
Ian J. Bambrick
Young Conaway Stargatt & Taylor, LLP

| | Yes | No |
|---|---|---|
| Filing fee paid? | ● | ○ |
| IFP application filed by applicant? | ○ | ● |
| Have additional appeals of the same order been filed? | ○ | ● |
| *If Yes, has District Court assigned a Civil Action Number?  Civil Action Number: | ○ | ● |
| Record on Appeal | ○ | ● |

*(continued on next page)*

**Notes:** The following were not filed:
Appellant's Designation of Items to be Included in the Record
Appellant's Statement of Issues
Appellee's Designation of Additional Items to be Included in the Record

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 5/14/2015     **by:** M. Lopez
**Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number: BAP-15-19