IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
In re: : Chapter 11
:
LEAF123, INC. (f/k/a NATROL, INC.), *et al.*, : Case No. 14-11446 (BLS)
:
Debtors.[1] : (Jointly Administered)
:
---------------------------------------------------------------x  Re: Docket Nos. 1034, 1113, 1142 & 1168

**NOTICE OF FILING OF REVISED PROPOSED FINDINGS OF FACT,
CONCLUSIONS OF LAW, AND ORDER CONFIRMING
SECOND AMENDED JOINT LIQUIDATING PLAN OF
LEAF123, INC. (F/K/A NATROL, INC.) AND ITS AFFILIATED DEBTORS**

**PLEASE TAKE NOTICE** that, on February 18, 2015, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Joint Liquidating Plan of the Leaf123, Inc. (f/k/a Natrol, Inc.) and its Affiliated Debtors* and related disclosure statement.

**PLEASE TAKE FURTHER NOTICE** that, on March 20, 2015, the Debtors filed the *First Amended Joint Liquidating Plan of the Leaf123, Inc. (f/k/a Natrol, Inc.) and its Affiliated Debtors* and related disclosure statement.

**PLEASE TAKE FURTHER NOTICE** that, on April 2, 2015, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order (I) Approving the Disclosure Statement and Notice Thereof; (II) Fixing the Record Date; (III) Scheduling the Plan Confirmation Hearing; (IV) Approving the Form and Manner of Related Notices; and (V) Setting Objection Procedures* [Docket No. 1034] (the "Disclosure Statement Order"), pursuant to which, among other things, the Court scheduled a hearing to consideration confirmation of the Plan (as defined below) for May 8, 2015.

**PLEASE TAKE FURTHER NOTICE** that, on April 28, 2015, the Debtors filed the *Notice of Filing of Blacklined Version of Second Amended Joint Liquidating Plan of Leaf123, Inc. (f/k/a Natrol, Inc.), and Its Affiliated Debtors* [Docket No. 1113].

**PLEASE TAKE FURTHER NOTICE** that, on May 6, 2015, the Debtors filed the proposed *Findings of Fact, Conclusions of Law, and Order Confirming Second Amended Joint*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Leaf123, Inc. (f/k/a Natrol, Inc.) (0780); Leaf123 Holdings, Inc. (f/k/a Natrol Holdings, Inc.) (4614); Leaf123 Products, Inc. (f/k/a Natrol Products, Inc.) (7823); Leaf123 Direct, Inc. (f/k/a Natrol Direct, Inc.) (5090); Leaf123 Acquisition Corp. (f/k/a Natrol Acquisition Corp.) (3765); Leaf123 Nutrition, Inc. (f/k/a Prolab Nutrition, Inc.) (3283); and Leaf123 Research Institute (f/k/a Medical Research Institute) (2825). The mailing address for the Debtors is 333 South Hope Street, Suite 3625, Los Angeles, CA 90071.

*Liquidating Plan of Leaf123, Inc. (f/k/a Natrol, Inc.), and Its Affiliated Debtors* [Docket No. 1142] (the "Proposed Confirmation Order").

**PLEASE TAKE FURTHER NOTICE** that, on May 11, 2015, the Debtors filed the *Second Amended Joint Liquidating Plan of Leaf123, Inc. (f/k/a Natrol, Inc.), and Its Affiliated Debtors* [Docket No. 1168] (as may be amended, the "Plan").

**PLEASE TAKE FURTHER NOTICE** that, on May 8, 2015, the Court conducted a preliminary Confirmation Hearing (the "Preliminary Confirmation Hearing"), which the Court adjourned to May 20, 2015 and then to May 22, 2015 (the "Confirmation Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Debtors have modified the Proposed Confirmation Order, and attached hereto as **Exhibit A** is a revised Proposed Confirmation Order (the "Revised Proposed Confirmation Order"). For the convenience of the Court and parties in interest, attached hereto as **Exhibit B** is a blackline reflecting all changes made to the Proposed Confirmation Order since it was presented at to the Court at the Preliminary Confirmation Hearing. The Debtors intend to present the Revised Proposed Confirmation Order to the Court at the Confirmation Hearing, but reserve their rights to amend, modify, or otherwise supplement the Proposed Confirmation Order through the conclusion of the Confirmation Hearing.

**PLEASE TAKE FURTHER NOTICE** that, copies of the Plan, the Disclosure Statement, and the Revised Proposed Confirmation Order also may be obtained by contacting Epiq Bankruptcy Solutions, LLC ("Epiq"), the claims and voting agent retained by the Debtors in the chapter 11 cases, by: (a) accessing the Debtors' restructuring website at http://dm.epiq11.com/NTL/Document; (b) writing to Epiq at Leaf123, Inc. (f/k/a Natrol, Inc.), c/o Epiq Bankruptcy Solutions, LLC, FDR Station, P.O. Box 5286, New York, New York 10150- 5286; or (c) calling Epiq at (646) 282-2400. You may also obtain such materials for a fee via PACER at http://www.deb.uscourts.gov.

| | |
|---|---|
| Dated: May 19, 2015<br>Wilmington, Delaware | */s/ Maris J. Kandestin*<br>Michael R. Nestor (No. 3526)<br>Maris J. Kandestin (No. 5294)<br>Ian J. Bambrick (No. 5455)<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>*Counsel to the Debtors and Debtors in Possession* |

2
01:17119755.1